## Commonwealth *v.* Booker, Appellant.

Submitted November 17, 1975. *Norman A. Levine*, Public Defender, for appellant; *Thomas M. Piccione*, Assistant District Attorney, and *Donald E. Williams*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.